IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| REBECCA R. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Civil Action No. 5:05-CV-101-C |
| Defendant. | ) | ECF |

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Rebecca R. Holland, pursuant to 42 U.S.C. § 405(g), is appealing a decision of the Commissioner denying her application for supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on January 20, 2006, and Plaintiff has filed her objections to such Report and Recommendation. The Court has made a *de novo* review of the records and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court. It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and numbered cause is dismissed with prejudice.

Dated March 6, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT